ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| | | |
|---|---|---|
| HILDA SANTIAGO ÁLVAREZ,<br><br>Recurrida,<br><br>v.<br><br>DAVID DÁVILA PAGÁN; **ROSA IDALIA RÍOS SÁNCHEZ**,<br><br>Peticionaria,<br><br>ATABEY CAPITAL, LLC,<br><br>Interventora. | KLCE202400371 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón.<br><br>Civil núm.:<br>D DP2016-0662.<br><br>Sobre:<br>acción civil; incumplimiento de contrato; daños y perjuicios. |
| HILDA SANTIAGO ÁLVAREZ,<br><br>Recurrida,<br><br>v.<br><br>**DAVID DÁVILA PAGÁN**; ROSA IDALIA RÍOS SÁNCHEZ,<br><br>Peticionaria. | KLCE202400374 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón.<br><br>Civil núm.:<br>D DP2016-0662.<br><br>Sobre:<br>acción civil; incumplimiento de contrato; daños y perjuicios. |

Panel integrado por su presidente, el juez Hernández Sánchez, la jueza Romero García y la jueza Martínez Cordero.

Romero García, jueza ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de mayo de 2024.

Los recursos consolidados del título pretenden que revisemos la misma *Resolución* dictada el 6 de febrero de 2024, notificada el 9 de febrero de 2024, por el Tribunal de Primera Instancia, Sala Superior de Bayamón. Ambos peticionarios; a decir, la abogada-notaria Rosa I. Ríos Sánchez, y el señor David Dávila Pagán, arguyen que el foro primario debió disponer sumariamente de las sendas reclamaciones en su contra.

Número identificador

RES2024_____

Evaluados los recursos y los documentos que les fueran adjuntados, así como la resolución recurrida, denegamos la expedición del auto[1].

Notifíquese.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] *Véase*, Regla 52.1 de las de Procedimiento Civil, 32 LPRA Ap. V, y la Regla 40 del Reglamento de este Tribunal de Apelaciones, 4 LPRA Ap. XXII-B.